IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COREY A. FOREST, | : |
| | : |
| Plaintiff, | : |
| VS. | : |
| | : NO. 5:16-CV-00079-MTT-MSH |
| JOHN AND OR JANE DOES, | : |
| | : |
| Defendants. | : |
| _____ | : |

# ORDER

*Pro se* Plaintiff Corey A. Forest has filed a Motion for Voluntary Dismissal (ECF No. 9). In an Order dated May 9, 2016, the United States Magistrate Judge ordered Plaintiff to confirm that he did, in fact, wish to voluntarily dismiss this case. Plaintiff responded to that Order by confirming his intent to dismiss all pending cases except Case Number 5:15-cv-0442-LJA-CHW, also pending in the Middle District of Georgia. (Resp. 1-2, ECF No. 11.) Under the Federal Rules of Civil Procedure, Plaintiff is entitled to a voluntary dismissal without prejudice as a matter of right. *See* Fed. R. Civ. P. 41. Plaintiff's motion to dismiss (ECF No. 9) is therefore **GRANTED**, his Complaint is **DISMISSED without prejudice,** and his pending motion to proceed *in forma pauperis* (ECF No. 8) is **DENIED as moot.**

**SO ORDERED**, this 6th day of July, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT